1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | 2:21-MC-00116-MCE-JDP

12 |         Plaintiff,                 | STIPULATION AND ORDER EXTENDING TIME
   |                                    | FOR FILING A COMPLAINT FOR FORFEITURE
13 |     v.                             | AND/OR TO OBTAIN AN INDICTMENT
   |                                    | ALLEGING FORFEITURE
14 | APPROXIMATELY $19,240.00 IN
   | U.S. CURRENCY,
15 |
   |         Defendant.
16

17        It is hereby stipulated by and between the United States of America and potential claimant Andre

18 Phillips ("claimant"), by and through their respective counsel, as follows:

19        1.        On or about January 27, 2021, claimant Phillips filed a claim in the administrative forfeiture

20 proceedings with the Drug Enforcement Administration with respect to the Approximately $19,240.00 in

21 U.S. Currency (hereafter "defendant currency"), which was seized on January 9, 2020.

22        2.        The Drug Enforcement Administration has sent the written notice of intent to forfeit

23 required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person

24 to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the

25 claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture

26 proceeding.

27        3.        Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

28 forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency

1

1 is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture

2 proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

3 That deadline is April 27, 2021.

4       4.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to

5 July 25, 2021, the time in which the United States is required to file a civil complaint for forfeiture against

6 the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

7 forfeiture.

8       5.    Accordingly, the parties agree that the deadline by which the United States shall be required

9 to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that

10 the defendant currency is subject to forfeiture shall be extended to July 25, 2021.

11 Dated:   4/26/2021                   PHILLIP A. TALBERT
                                       Acting United States Attorney

12

13                                  /s/ Kevin C. Khasigian

14                                  KEVIN C. KHASIGIAN
                                 Assistant U.S. Attorney

15

16 Dated:   4/26/2021                   /s/ Roman J. Walker
                                 ROMAN J. WALKER

17                                  Attorney for potential claimant
                                 Andre Phillips

18                                    Roman J. Walker
                                 PO Box 55851

19                                  Hayward, CA 94545
                                 510-967-0160

20                                  romanjwalkerlaw@gmail.com

21                                  (As authorized via phone)

22       IT IS SO ORDERED.

23 Dated:  May 4, 2021

24

25                                  MORRISON C. ENGLAND, JR
                                 SENIOR UNITED STATES DISTRICT JUDGE

26

27

28

Stipulation and Order to Extend Time