PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $19,240.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 2:21-MC-00116-MCE-JDP<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE; ORDER THEREON |

　　　　It is hereby stipulated by and between the United States of America and potential claimant Andre Phillips ("claimant"), by and through their respective counsel, as follows:

　　　　1.　　On or about January 27, 2021, claimant Phillips filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $19,240.00 in U.S. Currency (hereafter "defendant currency"), which was seized on January 9, 2020.

　　　　2.　　The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

///

///

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was April 27, 2021.

4. By Stipulation and Order filed April 26, 2021, the parties stipulated to extend to July 25, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed July 22, 2021, the parties stipulated to extend to September 23, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed September 22, 2021, the parties stipulated to extend to October 22, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed October 21, 2021, the parties stipulated to extend to November 22, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed November 22, 2021, the parties stipulated to extend to December 22, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to January 21, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject

to forfeiture.

10. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to January 21, 2022.

Dated:   12/21/21                                PHILLIP A. TALBERT
                                                 Acting United States Attorney


                                                  /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN

Dated:   12/21/21                                /s/ Roman J. Walker
                                                 ROMAN J. WALKER
                                                 Attorney for potential claimant
                                                 Andre Phillips
                                                 Roman J. Walker
                                                 PO Box 55851
                                                 Hayward, CA 94545
                                                 510-967-0160
                                                 romanjwalkerlaw@gmail.com

                                                 (As authorized via email)


   IT IS SO ORDERED.

Dated:  December 22, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE