1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:21-MC-00116-MCE-JDP

12          Plaintiff,                     STIPULATION AND ORDER EXTENDING TIME
                                           FOR FILING A COMPLAINT FOR FORFEITURE
13      v.                                 AND/OR TO OBTAIN AN INDICTMENT
                                           ALLEGING FORFEITURE
14  APPROXIMATELY $19,240.00 IN
    U.S. CURRENCY,
15
            Defendant.
16

17         It is hereby stipulated by and between the United States of America and potential claimant Andre

18  Phillips ("claimant"), by and through their respective counsel, as follows:

19         1.      On or about January 27, 2021, claimant Phillips filed a claim in the administrative forfeiture

20  proceedings with the Drug Enforcement Administration with respect to the Approximately $19,240.00 in

21  U.S. Currency (hereafter "defendant currency"), which was seized on January 9, 2020.

22         2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

23  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person

24  to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the

25  claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture

26  proceeding.

27  ///

28  ///

                                      1
                                              Stipulation and Order to Extend Time

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was April 27, 2021.

4. By Stipulation and Order filed April 26, 2021, the parties stipulated to extend to July 25, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed July 22, 2021, the parties stipulated to extend to September 23, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed September 22, 2021, the parties stipulated to extend to October 22, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed October 21, 2021, the parties stipulated to extend to November 22, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed November 22, 2021, the parties stipulated to extend to December 22, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed December 21, 2021, the parties stipulated to extend to January 21, 2022, the time in which the United States is required to file a civil complaint for forfeiture

Stipulation and Order to Extend Time

1    against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject

2    to forfeiture.

3         10.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to

4    February 18, 2022, the time in which the United States is required to file a civil complaint for forfeiture

5    against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject

6    to forfeiture.

7         11.     Accordingly, the parties agree that the deadline by which the United States shall be required

8    to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that

9    the defendant currency is subject to forfeiture shall be extended to February 18, 2022.

10    Dated:     1/20/22                  PHILLIP A. TALBERT
                                          United States Attorney

11

12                                       /s/ Kevin C. Khasigian
                                       KEVIN C. KHASIGIAN

13

14    Dated:     1/22/22                  /s/ Roman J. Walker
                                       ROMAN J. WALKER

15                                       Attorney for potential claimant
                                      Andre Phillips

16                                       Roman J. Walker
                                      PO Box 55851

17                                       Hayward, CA 94545
                                      510-967-0160

18                                       romanjwalkerlaw@gmail.com

19                                       (As authorized via phone)

20

21

22         IT IS SO ORDERED.

23    Dated:  January 26, 2022

24

25                                      MORRISON C. ENGLAND, JR
                                     SENIOR UNITED STATES DISTRICT JUDGE

26

27

28

Stipulation and Order to Extend Time