1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          2:21-MC-00116-MCE-JDP

12        Plaintiff,                   STIPULATION AND ORDER EXTENDING TIME
                                       FOR FILING A COMPLAINT FOR FORFEITURE
13    v.                               AND/OR TO OBTAIN AN INDICTMENT
                                       ALLEGING FORFEITURE
14  APPROXIMATELY $19,240.00 IN
    U.S. CURRENCY,
15
          Defendant.
16

17        It is hereby stipulated by and between the United States of America and potential claimant Andre

18  Phillips ("claimant"), by and through their respective counsel, as follows:

19        1.        On or about January 27, 2021, claimant Phillips filed a claim in the administrative forfeiture

20  proceedings with the Drug Enforcement Administration with respect to the Approximately $19,240.00 in

21  U.S. Currency (hereafter "defendant currency"), which was seized on January 9, 2020.

22        2.        The Drug Enforcement Administration has sent the written notice of intent to forfeit

23  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person

24  to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the

25  claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture

26  proceeding.

27  ///

28  ///

                                    1
                                                    Stipulation and Order to Extend Time

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was April 27, 2021.

4.      By Stipulation and Order filed May 4, 2021, the parties stipulated to extend to July 25, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed July 26, 2021, the parties stipulated to extend to September 23, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      By Stipulation and Order filed September 28, 2021, the parties stipulated to extend to October 22, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.      By Stipulation and Order filed November 2, 2021, the parties stipulated to extend to November 22, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.      By Stipulation and Order filed November 24, 2021, the parties stipulated to extend to December 22, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9.      By Stipulation and Order filed December 22, 2021, the parties stipulated to extend to January 21, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

2

10.     By Stipulation and Order filed January 27, 2022, the parties stipulated to extend to February 18, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11.     By Stipulation and Order filed February 23, 2022, the parties stipulated to extend to March 21, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12.     By Stipulation and Order filed April 4, 2022, the parties stipulated to extend to April 20, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13.     By Stipulation and Order filed April 25, 2022, the parties stipulated to extend to May 20, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

14.     By Stipulation and Order filed May 24, 2022, the parties stipulated to extend to June 21, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

15.     By Stipulation and Order filed June 30, 2022, the parties stipulated to extend to July 21, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

16.     By Stipulation and Order filed July 26, 2022, the parties stipulated to extend to August 19, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

Stipulation and Order to Extend Time

1

2        17.       As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to

3   September 19, 2022, the time in which the United States is required to file a civil complaint for forfeiture

4   against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject

5   to forfeiture.

6        18.       Accordingly, the parties agree that the deadline by which the United States shall be required

7   to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that

8   the defendant currency is subject to forfeiture shall be extended to September 19, 2022.

9   Dated:     8/18/22                           PHILLIP A. TALBERT
                                                  United States Attorney
10

11                                                /s/ Kevin C. Khasigian
                                                  KEVIN C. KHASIGIAN
12

13  Dated:     8/18/22                           /s/ Roman J. Walker
                                                  ROMAN J. WALKER
14                                                Attorney for potential claimant
                                                  Andre Phillips
15                                                Roman J. Walker
                                                  PO Box 55851
16                                                Hayward, CA 94545
                                                  510-967-0160
17                                                romanjwalkerlaw@gmail.com

18                                                (As authorized via telephone)

19

20        IT IS SO ORDERED.

21  Dated:  August 23, 2022

22

23
                                                  _____
                                                  MORRISON C. ENGLAND, JR
24                                                SENIOR UNITED STATES DISTRICT JUDGE

25

26

27

28

4